UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RICHARD ALYEA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:25-CV-499-PPS-AZ |
| ) | |
| PILOT TRAVEL CENTERS LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

This matter is before the court on the Report and Recommendation of Magistrate Judge Abizer Zanzi. [DE 9.] On October 29, 2025, Defendant Pilot Travel Centers LLC filed a notice of removal to remove this case to federal court. [DE 1.] The Parties subsequently filed a Joint Motion to Remand in which they represented to the court that the sole basis for federal jurisdiction had been defeated because of a stipulation that the amount in controversy did not exceed $75,000. [DE 8.]

The Court having reviewed the Report and Recommendation and agreeing with the reasoning therein hereby **ADOPTS** the Report and Recommendation [DE 9] in its entirety. Accordingly, the Parties Joint Motion to Remand [DE 8] is **GRANTED**. The Court **REMANDS** this case to the Lake County Superior Court, 45D02-2509-CT-1135. The Clerk shall take all appropriate action to accomplish this remand.

**SO ORDERED**.

ENTERED: December 4, 2025.

1

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT